```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WILFRIDO CALI and ARNULFO SOSA, on behalf of
themselves and all other persons similarly situated,

                       Plaintiffs,

-v-

TACOS CUAOTLA MORELOS INC. d/b/a TACOS
CUAUTLA MORELOS, JUSTINO SANDOVAL, AND
JOHN DOES #1-10,

                       Defendants.

------------------------------------------------------------X

17 Civ. 7087 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 28, 2018, the parties submitted to the Court an application for approval of a proposed FLSA settlement in this matter, Dkt. 53, pursuant to a Settlement Agreement between the parties, Dkt. 53, Ex. A. The Court has carefully reviewed the parties' Settlement Agreement, and is satisfied, substantially for the reasons stated in the parties' application, that the settlement of the plaintiffs' claims is fair and reasonable so as to satisfy the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). Plaintiffs' application for approval of the settlement is therefore granted. This matter is dismissed, with prejudice.

SO ORDERED.

*Paul A. Engelmayer* (signature)

Paul A. Engelmayer
United States District Judge

Dated: October 3, 2018
       New York, New York